———————o———————

## No. 6951.

## TRANSITO LOPEZ v. ARTHUR DUVIC.

### Syllabus.

### On Motion To Dismiss.

1. Unless the appeal be taken by motion in open court at the same term as the judgment was rendered, the appellee must be cited to answer the appeal and in default thereof the appeal will be dismissed.

2. Alleged agreements between counsel, unless reduced to writing will not be recognized.

Appeal from the Civil District Court, Parish of Orleans, No. 114,829, Division "E"; Honorable George H. Théard, Judge. Appeal dismissed.

Jose A. Morales, for plaintiff and appellant.

J. J. McCloskey & Percy S. Benedict, for defendant and appellee.

His Honor, JOHN ST. PAUL, rendered the opinion and decree of the Court, as follows:

Plaintiff brought this suit, lost it below, and at the **next** term of Court appealed by simple motion without citation to the defendant or prayer that he be cited.

The appeal by motion in open court, without citation to the appellee, must be made at **the same** term of Court at which the judgment was rendered. If taken afterwards the appellee must be cited. *Smith v. O'Reilly*, 134 *La.*, 635.

The appeal must therefore be dismissed.

The appellant claims an agreement between counsel relative to the manner of this appeal, the appellee denies it. But it is not pretended that there was any agreement **in writing** and this Court will recognize no other.

Appeal dismissed.

Opinion and decree, January 9th, 1917.